**Order entered January 11, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00835-CV

**VIKING HEALTHCARE, LLC, Appellant**

**V.**

**ZEIG ELECTRIC, INC., Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-10-0868**

## ORDER

The Court has before it appellee Zeig Electric, Inc.'s January 10, 2017 "Motion for Additional Time Pursuant to Tex. R. App. P. 4.5," requesting that it be provided fifteen days from the date the Court rules on the motion to file a motion for rehearing and a motion for en banc reconsideration. We **REQUEST** that appellant Viking Healthcare, LLC file a response to appellee's motion within **TEN DAYS** of the date of this Order.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE